**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
11811 N. Tatum Blvd., Ste 3031
Phoenix, Arizona  85028-0100
Tel: (602) 953-0100
Fax: (602) 953-0101
cbdodrill@wolfewyman.com

**JARAD D. BECKMAN, ESQ.**
Nevada Bar No. 12328
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, Nevada  89119
(Address for Service)
Tel: (702) 476-0100
Fax: (702) 476-0101
jdbeckman@wolfewyman.com

Attorneys for Defendant
**ENTITLE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAREL INVESTMENTS, LLC, and AMITABHA PALMER, an individual; <br><br>  Plaintiffs, <br> v. <br><br> ENTITLE INSURANCE COMPANY, an Ohio Company, and DOES 1-100, ROE CORPORATIONS 1-100, <br><br>  Defendants. | CASE NO. :  2:13-cv-00283−JCM−CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties by and through the undersigned counsel of record hereby stipulate to dismiss this

///

///

///

///

///

1

1708934.1

matter with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: June 18, 2014                                      DATED: June _____, 2014

WOLFE & WYMAN LLP                              CALLISTER, IMMERMAN & ASSOCIATES

By:  */s/ Colt B. Dodrill*             .              By: _____ .
     COLT B. DODRILL, ESQ.                          MITCHELL S. BISSON, ESQ.
     Nevada Bar No. 9000                                 Nevada Bar No. 11920
     11811 N. Tatum, Suite 3031                        823 Las Vegas Blvd. South, Fifth Floor
     Phoenix, AZ 85028                                     Las Vegas, NV 89101
     *Attorneys for Defendant,*                         *Attorney for Plaintiffs,*
     *ENTITLE INSURANCE COMPANY*              *HAREL INVESTMENTS, LLC and*
                                                                       *AMITABHA PALMER*

### ORDER

By stipulation of the parties in good cause appearing therefore, the court Orders as follows:

IT IS HEREBY ORDERED this matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                       United States District Court Judge

Submitted by,

WOLFE & WYMAN LLP



By:  */s/ Colt B. Dodrill*
     COLT B. DODRILL, ESQ.
     Nevada Bar No. 9000
     11811 N. Tatum, Suite 3031
     Phoenix, AZ  85028
     *Attorneys for Defendant*
     *ENTITLE INSURANCE COMPANY*

2

1708934.1

1 | matter with prejudice, each party to bear its own costs and attorney's fees.

2 | **IT IS SO STIPULATED.**

3 | DATED: June _____, 2014      DATED: June __16__, 2014

4 | WOLFE & WYMAN LLP      CALLISTER, IMMERMAN & ASSOCIATES

6 | By: _/s/ Colt B. Dodrill_      By: _[signature]_
COLT B. DODRILL, ESQ.      MITCHELL S. BISSON, ESQ.
7 | Nevada Bar No. 9000      Nevada Bar No. 11920
11811 N. Tatum, Suite 3031      823 Las Vegas Blvd. South, Fifth Floor
8 | Phoenix, AZ 85028      Las Vegas, NV 89101
*Attorneys for Defendant,*      *Attorney for Plaintiffs,*
9 | *ENTITLE INSURANCE COMPANY*      *HAREL INVESTMENTS, LLC and*
10 |      *AMITABHA PALMER*

## ORDER

By stipulation of the parties in good cause appearing therefore, the court Orders as follows:

IT IS HEREBY ORDERED this matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: June 18, 2014      _[signature]_
     United States District Court Judge

Submitted by,

WOLFE & WYMAN LLP

By: _/s/ Colt B. Dodrill_
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
11811 N. Tatum, Suite 3031
Phoenix, AZ 85028
*Attorneys for Defendant*
*ENTITLE INSURANCE COMPANY*

2

1708934.1

**CERTIFICATE OF SERVICE**

On June 18, 2014, I served the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the following means to the persons as listed below:

   X      a.      EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Matthew Q. Callister     mqc@call-law.com, ajl@call-law.com, beckomt@call-law.com, gconti@call-law.com, pjc@call-law.com, srose@call-law.com

Mitchell S Bisson     mbisson@call-law.com, bab@call-law.com, pjc@call-law.com

            b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:    /s/ *Katia Ioffe*
        Katia Ioffe
        An employee of Wolfe & Wyman LLP

3

1708934.1